JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CACIQUE, INC., a California corporation;<br>COTT TECHNOLOGIES, INC., a California corporation;<br>GILBERT B. DE CARDENAS, an individual;<br>ANA DE CARDENAS-RAPTIS, an individual;<br>MARIA DE CARDENAS, an individual; and<br>ANTONIO DE CARDENAS, an individual,<br><br>      Plaintiffs,<br><br>  v.<br><br>PEDRO J. TORTOSA-SANCHIS, an individual; and<br>ANTONINA M. BOONACKER, an individual,<br><br>      Defendants. | Case No. 2:20-cv-06910-JWH-JEMx<br><br>**JUDGMENT** |
| PEDRO J. TORTOSA-SANCHIS, an individual; and<br>ANTONINA M. BOONACKER, an individual,<br><br>      Counterclaimants,<br><br>  v.<br><br>CACIQUE, INC., a California corporation; | |

| | |
|---|---|
| 1 | COTT TECHNOLOGIES, INC., a California corporation; |
| 2 | GILBERT B. DE CARDENAS, an individual; |
| 3 | ANA DE CARDENAS-RAPTIS, an individual; |
| 4 | MARIA DE CARDENAS, an individual; and |
| 5 | ANTONIO DE CARDENAS, an individual, |
| 6 | Counterdefendants. |

Pursuant to the "Order Granting Motion of Plaintiffs and Counterdefendants for Summary Judgment [ECF No. 51]" entered substantially contemporaneously herewith, and in accordance with Rules 56 and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1332(a) & 1441(a).

2. The operative pleadings are as follows:

    a. the "Complaint for Declaratory Relief" [ECF No. 1 at 4-9] filed by Plaintiffs and Counterdefendants Cacique, Inc.; Cott Technologies, Inc.; Gilbert B. De Cardenas; Ana De Cardenas-Raptis; Maria De Cardenas; and Antonio De Cardenas (collectively, "Plaintiffs"), in which Plaintiffs assert two claims for declaratory relief; and

    b. the "Answer and Amended Counterclaims" [ECF No. 33] filed by Defendants and Counterclaimants Pedro J. Tortosa-Sanchis and Antonina M. Boonacker (jointly, "Defendants"), in which Defendants assert counterclaims for:

        i. breach of contract;
        ii. promissory estoppel; and
        iii. breach of fiduciary duty.

3. Defendants' breach of contract claim was **DISMISSED** on or about January 5, 2021.

4. On Plaintiffs' two claims for declaratory relief and on Defendants' counterclaims for promissory estoppel and breach of fiduciary duty, Plaintiffs shall have **JUDGMENT** in their favor and against Defendants. Defendants shall take nothing by way of their promissory estoppel and breach of fiduciary duty counterclaims.

5. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: April 27, 2022

John W. Holcomb
UNITED STATES DISTRICT JUDGE